IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE J. LUE, SR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-4497 |
| | : | |
| BOROUGH OF COLLINGDALE, et al. | : | |

## ORDER

AND NOW, this 5th day of January, 2015, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Joinder Complaint, Plaintiffs' opposition, Defendants' reply, and the parties' presentations at the November 17, 2014, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 11) is GRANTED. Plaintiffs' Amended Complaint is DISMISSED without prejudice.  Should Plaintiffs wish to file a further amended complaint, they shall have until January 20, 2015, to do so.


BY THE COURT:


　　/s/ Juan R. Sánchez　　
Juan R. Sánchez, J.